UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
DENIS BYRNE, SR., *as Administrator of the Estate of*
DENIS N. BYRNE, JR.,

               Plaintiff,                          21 Civ. 9110 (JPC)

     -v-                                        ORDER

JUUL LABS, INC. *et al.*,

               Defendants.
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been assigned to the undersigned for all purposes. The Court has reviewed the Notice of Removal in this case, which was filed on November 3, 2021. *See* Dkt. 1. The parties shall appear for a teleconference on November 22, 2021, at 12:00 p.m. The parties should be prepared to address whether this Court has subject matter jurisdiction over the case. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. By November 10, 2021, Defendants must serve a copy of this Order on Plaintiff.

      SO ORDERED.

Dated: November 5, 2021
       New York, New York

                                                       JOHN P. CRONAN
                                             United States District Judge