UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                        :

DENIS BYRNE, SR., *as Administrator of the Estate of*  :
DENIS N. BYRNE, JR.,
                                                        :

                        Plaintiff,        :                21 Civ. 9110 (JPC)
                                                         :

         -v-                                :                  ORDER
                                                         :

JUUL LABS, INC. *et al.*,                       :
                                                         :

                        Defendants.      :
                                                         :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On November 9, 2021, the Court ordered Plaintiff to file a letter by November 18, 2021, addressing (1) whether he consents to Defendants' request that the Court stay this action pending the Judicial Panel on Multidistrict Litigation's final transfer decision; and (2) if Plaintiff does not consent to a stay, why the Court should not stay the case in light of *In re Ivy*, 901 F.2d 7 (2d Cir. 1990) and its progeny.  *See* Dkt. 8.  Plaintiff did not comply with that order.  By November 22, 2021, Plaintiff shall file a letter as outlined in the November 9 order.

      The conference scheduled for November 22, 2021, at 12:00 p.m. is adjourned until December 20, 2021, at 12:00 p.m.

      SO ORDERED.

Dated: November 19, 2021
      New York, New York                               JOHN P. CRONAN
                                            United States District Judge